20 P.3d 676

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Soares | 22353 | 08/04/2000 | Vacated and Remanded |
| Magbual v. State | 22634 | 08/16/2000 | Vacated and Remanded |
| Takane v. Loriega | 22600 | 08/23/2000 | Vacated and Remanded |
| State v. Sinagoga | 22099 | 08/23/2000 | Affirmed |
| Vega v. Vega | 22732 | 09/13/2000 | Affirmed |
| State v. Torgeson | 22545 | 09/14/2000 | Affirmed |
| State v. Rios | 22367 | 09/20/2000 | Affirmed |
| State v. Taylor | 22292 | 09/22/2000 | Reversed |
| State v. Trenda | 22441 | 09/25/2000 | Affirmed |
| Nakamura v. State | 21978 | 09/26/2000 | Vacated and Remanded |
| Fitness and Nutrition Hawaii, Inc. v. Lindquist | 22451 | 09/27/2000 | Vacated and Remanded |
| State v. Lafuente | 22626 | 10/04/2000 | Affirmed |
| Doe, In re | 22698 | 10/11/2000 | Vacated and Remanded |
| State v. Ortiz | 22429 | 10/23/2000 | Affirmed |
| State v. Delatorre | 22898 | 10/23/2000 | Vacated and Remanded |
| Chalon Int'l of Hawaiʻi, Inc. v. Mason | 22458 | 10/24/2000 | Affirmed |
| Ramos v. Lattimer | 22402 | 10/24/2000 | Affirmed |
| State v. Grubb | 22821 | 11/09/2000 | Affirmed |
| State v. Sakai | 22475 | 11/27/2000 | Reversed |
| State v. White | 22911, 22912, 22913 | 11/27/2000 | Affirmed |
| Molokai Advertiser-News v. Anderson | 22693 | 11/29/2000 | Vacated and Remanded |
| Liberato v. State | 22760 | 12/11/2000 | Affirmed |
| State v. Sherman | 22764 | 12/11/2000 | Affirmed |
| State v. Powers | 21564, 21589 | 12/21/2000 | Affirmed |
| Branco v. State | 23081 | 12/21/2000 | Affirmed |
| State v. Makekau | 22483 | 12/22/2000 | Reversed |
| State v. Kirkland | 22762 | 12/28/2000 | Affirmed |
| State v. Tonga | 22889 | 12/29/2000 | Affirmed |
| State v. Ward | 23050 | 01/05/2001 | Affirmed |
| State v. Jhun | 22477 | 01/09/2001 | Affirmed |
| State v. Mendes | 22728 | 01/11/2001 | Affirmed |
| State v. Whitfield | 22516 | 01/12/2001 | Affirmed |
| EHP Corp. v. Hendlin | 22787 | 01/16/2001 | Vacated and Remanded |